# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2389
_____

DIAUNDRA JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

April 17, 2018

PER CURIAM.

Diaundra Jones appeals her sentence for grand theft, arguing only that the trial court considered improper factors when imposing an eight-month jail sentence. But because she has not challenged her conviction—only her sentence—and because she has already served that sentence, this appeal has become moot. *See Toomer v. State*, 895 So. 2d 1256, 1256-57 (Fla. 1st DCA 2005) ("Where one is challenging the legality of his sentence or seeking jail credit against that sentence, and he completes the sentence during the pendency of the appeal, the appeal may be dismissed as moot."). Although Jones asserts the appeal "is not moot because a possibility exists that adverse collateral legal consequences will befall Ms. Jones," she has not articulated what those adverse collateral consequences might be, and we can conceive of none.

DISMISSED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Laura Cornell Niles, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.